# United States District Court Violation Notice

CVB Location Code: MN09

| Field | Value |
|---|---|
| Violation Number | 0825718 |
| Officer Name (Print) | MIERS, TOBY |
| Officer No. | 4298 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged | State Code |
|---|---|---|
| 03/24/2015 1507 | MN 169.79 | ☒ State Code |

Place of Offense: BLDG III PARKING LOT

Offense Description: EXPIRED VEHICLE REGISTRATION (JAN 14)

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WALZ | STACY | M |

| Tag No. | State | Year | Maker/Model | Color |
|---|---|---|---|---|
| 961-EBH | MN | 00 | AUDI/A4 | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 108 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 133.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: DEFENDANT NOT PRESENT

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 MAR, 20 15 while exercising my duties as a law enforcement officer in the 6th DIV 4121 District of USA, I OBSERVED THE VEHICLE REGISTERED TO THE DEFENDANT PARKED ON VA PROPERTY WITH DISPLAYED EXPIRED VEHICLE REGISTRATION. A CHECK IN CJIS CONFIRMED THAT THE REGISTRATION IS EXPIRED.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/24/2015    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge