# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Petty Offense Case No.: 3:15-po-45 (TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Violation Nos. <u>0825718</u> (MN8) |
| Plaintiff, | **ORDER CONTINUING FOR** |
| v. | **DISMISSAL, AMENDING** |
| | **COLLATERAL, AND SETTING** |
| STACY M. WALZ, | **SETTLEMENT TERMS** |
| Defendant. | |

Based upon the motions of the United States, sufficient grounds having there been shown:

**IT IS HEREBY ORDERED** that the hearing on Violation No. <u>0825718</u> (MN8) be and is hereby continued for dismissal to the June 2015 Petty Offense Hearing Calendar.

**IT IS HEREBY FURTHER ORDERED** that the total collateral amount on Violation No. <u>0825718</u> (MN8) be and is hereby set at $85.00, consisting of a $60.00 forfeiture amount and a $25.00 processing fee.

**IT IS HEREBY FURTHER ORDERED** that if the Defendant: (i) pays the fine associated with Violation No. <u>0825718</u> (MN8) on or before June 9, 2015, then the June 10, 2015 hearing on Violation No. <u>0825718</u> (MN8) shall be cancelled, and Violation No. <u>0825718</u> (MN8) shall be dismissed with prejudice.

**IT IS SO ORDERED:**

Dated: May 20, 2015                        ___*s/Tony N. Leung*_____
                                                            The Honorable Tony N. Leung
                                                            United States Magistrate Judge